PER CURIAM.
Affirmed. See Admirals Port Condominium Association v. Feldman, 426 So.2d 1054 (Fla. 3d DCA 1983); Reichenbach v. Days Inn of America, Inc., 401 So.2d 1366 (Fla. 5th DCA 1981), review denied mem., 412 So.2d 469 (Fla.1982); Winn-Dixie Stores, Inc. v. Johstoneaux, 395 So.2d 599 (Fla. 3d DCA), review denied mem., 402 So.2d 614 (Fla.1981); Drake v. Sun Bank & Trust Co. of St. Petersburg, 377 So.2d 1013 (Fla. 2d DCA 1979).